**UNITED STATE DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OLGA CALERO,**

    **Plaintiff,**

**v.**                                       **CASE NO.: 8:20-cv-2114-T-02SPF**

**FANATICS, INC. and**
**FANATICS RETAIL GROUP**
**FULFILLMENT, LLC,**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐     IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒     IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 23rd day of September, 2020.

                Respectfully submitted,

                */s/ Brandon J. Hill*
                **BRANDON J. HILL**
                Florida Bar Number: 0037061
                **LUIS A. CABASSA**
                Florida Bar Number: 0053643
                **WENZEL FENTON CABASSA, P.A.**
                1110 North Florida Avenue, Suite 300
                Tampa, FL 33602
                Main No.: 813-224-0431
                Direct No.: 813-379-2565
                Facsimile: 813-229-8712
                Email: lcabassa@wfclaw.com
                Email: bhill@wfclaw.com
                Email: gnichols@wfclaw.com
                **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of September, 2020, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Christine E. Howard, Esq.
Fisher & Phillips LLP
101 East Kennedy Boulevard, Suite 2350
Tampa, FL 33602
Email: choward@fisherphillips.com
Email: jharlow@fisherphillips.com

                */s/ Brand J. Hill*
                **BRANDON J. HILL**