**UNITED STATE DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OLGA CALERO,**

    **Plaintiff,**

v.                                            **CASE NO.:  8:20-cv-2114-T-02SPF**

**FANATICS, INC. and**
**FANATICS RETAIL GROUP**
**FULFILLMENT, LLC,**

    **Defendants**

    _____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, OLGA CALERO, because Defendants have not served an answer or a motion for summary judgment, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismiss this action <u>without prejudice</u> as to both Defendants, with each party to bear its own attorney's fees, costs and disbursements.

Dated this 3rd day of November, 2020.

                                            Respectfully submitted,

                                            */s/ Brandon J. Hill*
                                            **BRANDON J. HILL**
                                            Florida Bar Number: 0037061
                                            **LUIS A. CABASSA**
                                            Florida Bar Number: 0053643
                                            **WENZEL FENTON CABASSA, P.A.**
                                            1110 North Florida Avenue, Suite 300
                                            Tampa, FL 33602
                                            Main No.: 813-224-0431
                                            Direct No.: 813-379-2565
                                            Facsimile: 813-229-8712
                                            Email: lcabassa@wfclaw.com
                                            Email: bhill@wfclaw.com
                                            **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of November, 2020, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Christine E. Howard, Esq.
Fisher & Phillips LLP
101 East Kennedy Boulevard, Suite 2350
Tampa, FL 33602
Email: choward@fisherphillips.com
Email: jharlow@fisherphillips.com

                                          */s/ Brandon J. Hill*
                                          **BRANDON J. HILL**